Julius Cherry #152242
Glazer and Cherry
2600 H Street
Sacramento, CA 95816
Telephone: 916/233-2663
Fax Number: 916/442-6524

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>ANDREW JAMES ANDERSON and<br>KIMBERLY DAWN ANDERSON,<br><br>         Debtors.<br>_____/ | Case Number:  16-22780-C-7<br>Motion Number:  JJC-1<br><br>EXHIBITS IN SUPPORT OF<br>MOTION TO AVOID LIEN<br>OF SIERRA CENTRAL CREDIT UNION<br><br>Date:         April 15, 2020<br>Time:         10:00 a.m.<br>Courtroom:  35 |

Debtors submit the following in support of their Motion to Avoid Lien:

Exhibit "A":   Schedules A/B, Schedule C

Exhibit "B":   Abstract of Judgment recorded in this matter.

Dated: 3/5/2020                              /s/ Julius J. Cherry
                                             _____
                                             JULIUS J. CHERRY
                                             Glazer and Cherry
                                             Attorneys for Debtors

1

Exhibit "A"

| Fill in this information to identify your case and this filing: | | | |
|---|---|---|---|
| Debtor 1 | Andrew | James | Anderson |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Kimberly | Dawn | Anderson |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION | | |
| Case number | | | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ■ Yes. Where is the property?

1.1

629 Jacobs St
Street address, if available, or other description

Marysville    CA    95901-4451
City    State    ZIP Code

Yuba
County

**What is the property?** Check all that apply
■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $179,281.00 | $179,281.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
Joint Tenancy Grant Deed

■ Check if this is community property
(see instructions)

Other information you wish to add about this item, such as local property identification number:
Parcel Number: 008-311-018-000,
Full Value Basis: Zillow April 2016,
Bankruptcy Estate Value Basis: Full value less $ 14,342.00 cost of sale at six percent realtor commission plus two percent other costs: $ 164,939.00

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...........=>    $179,281.00

**Part 2:** Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1　Andrew James Anderson
Debtor 2　Kimberly Dawn Anderson　　　　　　　　　　　　　　Case number *(if known)* _____

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

　☐ No
　■ Yes

| | | | | |
|---|---|---|---|---|
| 3.1 | Make: Ford<br>Model: F-250<br>Year: 1999<br>Approximate mileage: 262,000<br>Other information:<br>VIN: 1FTNX21F7XEC05344, Value Basis: Condition, Kelley Blue Book valuation system, advertised prices of similar vehicles, and the cost to refurbish to a condition whereby it could be sold by a retail merchant, Location: 629 Jacobs St, Marysville CA 95901-4451 | Who has an interest in the property? Check one<br>■ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br><br>■ Check if this is community property<br>　(see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*<br><br>**Current value of the entire property?**<br>$2,607.00 | **Current value of the portion you own?**<br>$2,607.00 |
| 3.2 | Make: Mazda<br>Model: Six i Sedan 4D<br>Year: 2005<br>Approximate mileage: 112,000<br>Other information:<br>VIN: 1 YVHP84C555M19547, Value Basis: Condition, Kelley Blue Book valuation system, advertised prices of similar vehicles, and the cost to refurbish to a condition whereby it could be sold by a retail merchant, Location: 629 Jacobs St, Marysville CA 95901-4451 | Who has an interest in the property? Check one<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>■ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br><br>■ Check if this is community property<br>　(see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*<br><br>**Current value of the entire property?**<br>$3,182.00 | **Current value of the portion you own?**<br>$3,182.00 |
| 3.3 | Make: Toyota<br>Model: Xtra Cab<br>Year: 1993<br>Approximate mileage: 216,000<br>Other information:<br>VIN: JT4VN13D9P5109808, Value Basis: Condition, Kelley Blue Book valuation system, advertised prices of similar vehicles, and the cost to refurbish to a condition whereby it could be sold by a retail merchant, Location: 629 Jacobs St, Marysville CA 95901-4451, One-half ownership with son Robert Anderson. | Who has an interest in the property? Check one<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>■ At least one of the debtors and another<br><br>■ Check if this is community property<br>　(see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*<br><br>**Current value of the entire property?**<br>$1,855.00 | **Current value of the portion you own?**<br>$927.50 |

Debtor 1    Andrew James Anderson
Debtor 2    Kimberly Dawn Anderson            Case number *(if known)* _____

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
■ Yes

**4.1**
Make: Sea Eagle
Model: Inflatable 12.6 SR
Year: 2005
Other information:
HIN: LES840071505, Value Basis: Condition, advertised prices of similar vessels, and the cost to refurbish to a condition whereby it could be sold by a retail merchant, Location: 629 Jacobs St, Marysville CA 95901-4451

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this is community property *(see instructions)*

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? $500.00
Current value of the portion you own? $500.00

**4.2**
Make: Jay Flight by Jayco
Model: Camping Trailer
Year: 2013
Other information:
VIN: 1UJ8J0BKXD78P0114, Value Basis: Condition, NADA Guide valuation system, advertised prices of similar vehicles, and the cost to refurbish to a condition whereby it could be sold by a retail merchant, Location: 629 Jacobs St, Marysville CA 95901-4451

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this is community property *(see instructions)*

Current value of the entire property? $15,695.00
Current value of the portion you own? $15,695.00

**4.3**
Make: Mercury
Model: 15ML
Year: 2005
Other information:
Outboard motor, Two Stroke, Location: 629 Jacobs St, Marysville CA 95901-4451

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this is community property *(see instructions)*

Current value of the entire property? $845.00
Current value of the portion you own? $845.00

**4.4**
Make: C&B Quality Trailer Works
Model:
Year: 2006
Other information:
Dump hauler trailer, 6' x 10'

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this is community property *(see instructions)*

Current value of the entire property? $2,000.00
Current value of the portion you own? $2,000.00

Debtor 1    Andrew James Anderson
Debtor 2    Kimberly Dawn Anderson             Case number *(if known)* _____

**4.5** Make: Mirage Ent.
Model:
Year: 2005
Other information: Enclosed cargo trailer, 6' x 10'

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? $1,800.00
Current value of the portion you own? $1,800.00

**4.6** Make: C&B Quality Trailer Works
Model:
Year: 2005
Other information: Flatbed trailer, 7' x 18'

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this is community property (see instructions)

Current value of the entire property? $1,800.00
Current value of the portion you own? $1,800.00

**4.7** Make:
Model:
Year:
Other information: Home built utility trailer, 5' x 8'

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this is community property (see instructions)

Current value of the entire property? $100.00
Current value of the portion you own? $100.00

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.................................................................=>    $29,456.50

**Part 3:** Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   Furniture, rugs, linens, and kitchen items with no single item worth more than $650,
   Value Basis: Thrift store or garage sale value,
   Location: 629 Jacobs St, Marysville CA 95901-4451      $2,270.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

   Television, stereo, camera, telephone, computer and similar electronic goods with no single item worth more than $650,
   Value Basis: Thrift store or garage sale value,
   Location: 629 Jacobs St, Marysville CA 95901-4451      $1,000.00

Debtor 1    Andrew James Anderson
Debtor 2    Kimberly Dawn Anderson            Case number *(if known)* _____

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ■ Yes. Describe.....

   | Artwork, books, audio and video media, coins, stamps memorabilia and similar collectable goods with no single item worth more than $650, Value Basis: Thrift store or garage sale value, Location: 629 Jacobs St, Marysville CA 95901-4451 | $245.00 |
   |---|---|

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes. Describe.....

   | Sports, bicycle, camping, fising, exercise, photographic, and similar sports and hobby equipment with no single item worth more than $650, Value Basis: Thrift store or garage sale value, Location: 629 Jacobs St, Marysville CA 95901-4451 | $1,350.00 |
   |---|---|

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes. Describe.....

    | Personal shotgun, rifle, revolver, pistol, and relevant firearms accessories and supplies for hunting, competition, and personal protection with no single item worth more than $1080.00, Value Basis: Current editions of Fjestad's Blue Book of Gun Values, Lee's Standard Catalog of Firearms, Official Gun Digest Book of Guns & Prices, online auctions, and personal knowledge of firearm value, Location: 629 Jacobs St, Marysville CA 95901-4451 | $5,629.00 |
    |---|---|

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

    | Common wearing apparel for Debtor 1, Debtor 2, plus three dependents, Value Basis: Thrift store or garage sale value, Location: 629 Jacobs St, Marysville CA 95901-4451 | $600.00 |
    |---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

    | Jewelry with no single item valued more than $650, Value Basis: Thrift store or garage sale value, Location: 629 Jacobs St, Marysville CA 95901-4451 | $1,940.00 |
    |---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes. Describe.....

Debtor 1    Andrew James Anderson
Debtor 2    Kimberly Dawn Anderson                          Case number *(if known)*

| AKC Registered Female Beagle Age 10+, Mixed breed cattle dog, Age 14+. | $300.00 |

14. Any other personal and household items you did not already list, including any health aids you did not list
    ■ No
    ☐ Yes. Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .................................................... $13,334.00

**Part 4:  Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

16. Cash
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes.................................................................................................

                                                                      Cash    $50.00

17. Deposits of money
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes........................

                                      Institution name:

| 17.1. | Checking | Account Ending: 1037, Location: US Bank | $0.30 |
| 17.2. | Checking | Account Ending: 6276, Location: Tri Counties Bank | $500.00 |
| 17.3. | Checking | Account Ending: 90-5, Location: Sierra Central Credit Union | $76.07 |
| 17.4. | Other financial account | Account Ending 3983, Location: Customers Bank, Higher One | $1.92 |
| 17.5. | Savings | Account Ending: 90-0, Location: Sierra Central Credit Union | $7.08 |
| 17.6. | Savings | Account Ending: 90-6, Location: Sierra Central Credit Union | $15.00 |
| 17.7. | Savings | Account Ending: 6306, Location: Tri Counties Bank | $500.00 |
| 17.8. | Savings | Business Account, Account Ending: 7098, Location: Tri Counties Bank | $30.00 |

Debtor 1　　Andrew James Anderson
Debtor 2　　Kimberly Dawn Anderson　　　　　　　　　　　　　　　Case number *(if known)* _____

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☐ No
    ■ Yes.................　　Institution or issuer name:

    　　　　　　　　　　　Brokerage Account Ending 2096,
    　　　　　　　　　　　Location: Scottrade　　　　　　　　　　　　　　　$18.98

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes. Give specific information about them..................
    　　　　Name of entity:　　　　　　　　　　　　% of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
    　　　　Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.
    　　　　Type of account:　　　　　　Institution name:

    　　　　IRA　　　　　　　　　　　　Account Ending: 0428,
    　　　　　　　　　　　　　　　　　　Location: Scottrade　　　　　　　　　$0.00

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ☐ No
    ■ Yes. ....................　　Institution name or individual:

    　　　　Homeowner Tax and　　　Account Ending: 9334,
    　　　　Insurance Escrow　　　　　LoanDepot.com, LLC　　　　　　　　$1,772.31

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............　　Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............　　Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No

Debtor 1    Andrew James Anderson
Debtor 2    Kimberly Dawn Anderson                                    Case number *(if known)*

☐ Yes. Give specific information about them...

**Money or property owed to you?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Universal/Whole Life Insurance, Location: Farmers New World Life Insurance Company, Policy Number: 008052220U, Insured: Debtor's Son, Beneficiary Amount: $ 50,000.00, Cash Surrender Value: $ 2,767.88 | Andrew J Anderson | $2,767.88 |
| Term Life Insurance, Location: Minnesota Life, Policy Number: 2583840W, Insured: Debtor 1, Beneficiary Amount: $ 250,000.00, Cash Surrender Value: $ 0.00 | Debtor 2 | $0.00 |
| Term Life Insurance, Location: Chesapeake Life, Policy Number: 08575614653, Insured: Debtor, Beneficiary Amount: $ 00,000.00, Cash Surrender Value: $ 00,000.00 | | $0.00 |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

Official Form 106A/B                           Schedule A/B: Property                                    page 8
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor 1     Andrew James Anderson
Debtor 2     Kimberly Dawn Anderson                                         Case number *(if known)* _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................... | $5,739.54

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. Add the dollar value of all of your entries from Part 7. Write that number here ................................... | $0.00

**Part 8:** List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ................................................................................................ | $179,281.00
56. Part 2: Total vehicles, line 5                              $29,456.50
57. Part 3: Total personal and household items, line 15        $13,334.00
58. Part 4: Total financial assets, line 36                     $5,739.54
59. Part 5: Total business-related property, line 45                $0.00
60. Part 6: Total farm- and fishing-related property, line 52       $0.00
61. Part 7: Total other property not listed, line 54         +      $0.00

62. Total personal property. Add lines 56 through 61...    $48,530.04    Copy personal property total    $48,530.04

63. Total of all property on Schedule A/B. Add line 55 + line 62                                           $227,811.04

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | Andrew James Anderson | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 (Spouse if, filing) | Kimberly Dawn Anderson | |
| | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION | |
| Case number (if known) | | |

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt     4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:**   Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| 629 Jacobs St Marysville, CA 95901-4451<br>Parcel Number: 008-311-018-000<br>Line from *Schedule A/B*: 1.1 | $179,281.00 | ■    $72,182.46<br>☐    100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| 1999 Ford F-250 262,000 miles<br>VIN: 1FTNX21F7XEC05344<br>Line from *Schedule A/B*: 3.1 | $2,607.00 | ■    $2,607.00<br>☐    100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.060 |
| 2005 Mazda Six i Sedan 4D 112,000 miles<br>VIN: 1 YVHP84C555M19547<br>Line from *Schedule A/B*: 3.2 | $3,182.00 | ■    $2,609.50<br>☐    100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |
| 1993 Toyota Xtra Cab 216,000 miles<br>VIN: JT4VN13D9P5109808<br>Line from *Schedule A/B*: 3.3 | $927.50 | ■    $0.00<br>☐    100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |
| 2005 Sea Eagle Inflatable 12.6 SSR<br>HIN: LES840071505<br>Line from *Schedule A/B*: 4.1 | $500.00 | ■    $200.00<br>☐    100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |

Debtor 1    Andrew James Anderson
Debtor 2    Kimberly Dawn Anderson    Case number (if known)

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own  Copy the value from Schedule A/B | Amount of the exemption you claim  Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| 2013 Jay Flight by Jayco Camping Trailer  VIN: 1UJ8J0BKXD78P0114  Line from Schedule A/B: 4.2 | $15,695.00 | ■ $0.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |
| 2005 Mercury 15ML,  Two Stroke,  Outboard motor  Line from Schedule A/B: 4.3 | $845.00 | ■ $240.50  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |
| 2006 C&B Quality Trailer Works  Dump hauler trailer,  6' x 10'  Line from Schedule A/B: 4.4 | $2,000.00 | ■ $1,900.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.060 |
| 2005 Mirage Ent.  Enclosed cargo trailer,  6' x 10'  Line from Schedule A/B: 4.5 | $1,800.00 | ■ $1,700.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.060 |
| 2005 C&B Quality Trailer Works  Flatbed trailer,  7' x 18'  Line from Schedule A/B: 4.6 | $1,800.00 | ■ $1,700.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.060 |
| Home built utility trailer,  5' x 8'  Line from Schedule A/B: 4.7 | $100.00 | ■ $93.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.060 |
| Furniture, rugs, linens, and kitchen items with no single item worth more than $650,  Value Basis: Thrift store or garage sale value,  Location: 629 Jacobs St, Marysville CA 95901-4451  Line from Schedule A/B: 6.1 | $2,270.00 | ■ $2,270.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Television, stereo, camera, telephone, computer and similar electronic goods with no single item worth more than $650,  Value Basis: Thrift store or garage sale value,  Location: 629 Jacobs St, Marysville CA 95901-4451  Line from Schedule A/B: 7.1 | $1,000.00 | ■ $1,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Artwork, books, audio and video media, coins, stamps memorabilia and similar collectable goods with no single item worth more than $650,  Value Basis: Thrift store or garage sale value,  Location: 629 Jacobs St, Marysville CA 95901-4451  Line from Schedule A/B: 8.1 | $245.00 | ■ $245.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |

Debtor 1   Andrew James Anderson
Debtor 2   Kimberly Dawn Anderson                                        Case number (if known)

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own  Copy the value from Schedule A/B | Amount of the exemption you claim  Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Sports, bicycle, camping, fising, exercise, photographic, and similar sports and hobby equipment with no single item worth more than $650, Value Basis: Thrift store or garage sale value, Location: 629 Jacobs St, Marysville CA 95901-4451 Line from Schedule A/B: 9.1 | $1,350.00 | ■ $1,350.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Personal shotgun, rifle, revolver, pistol, and relevant firearms accessories and supplies with no single item worth more than $1080.00 Line from Schedule A/B: 10.1 | $5,629.00 | ■ $5,629.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Common wearing apparel for Debtor 1, Debtor 2, plus three dependents, Value Basis: Thrift store or garage sale value, Location: 629 Jacobs St, Marysville CA 95901-4451 Line from Schedule A/B: 11.1 | $600.00 | ■ $600.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Jewelry with no single item valued more than $650, Value Basis: Thrift store or garage sale value, Location: 629 Jacobs St, Marysville CA 95901-4451 Line from Schedule A/B: 12.1 | $1,940.00 | ■ $1,940.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| AKC Registered Female Beagle Age 10+, Mixed breed cattle dog, Age 14+. Line from Schedule A/B: 13.1 | $300.00 | ■ $300.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Cash Line from Schedule A/B: 16.1 | $50.00 | ■ $50.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 706.050 |
| Checking: Account Ending: 1037, Location: US Bank Line from Schedule A/B: 17.1 | $0.30 | ■ $0.30  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 706.050 |
| Checking: Account Ending: 6276, Location: Tri Counties Bank Line from Schedule A/B: 17.2 | $500.00 | ■ $500.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |
| Checking: Account Ending: 90-5, Location: Sierra Central Credit Union Line from Schedule A/B: 17.3 | $76.07 | ■ $76.07  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |

Debtor 1    Andrew James Anderson
Debtor 2    Kimberly Dawn Anderson               Case number (if known)

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Other financial account: Account Ending 3983,<br>Location: Customers Bank,<br>Higher One<br>Line from Schedule A/B: 17.4 | $1.92 | ■    $1.92<br>☐    100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |
| Savings: Account Ending: 90-0,<br>Location: Sierra Central Credit Union<br>Line from Schedule A/B: 17.5 | $7.08 | ■    $7.08<br>☐    100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |
| Savings: Account Ending: 90-6,<br>Location: Sierra Central Credit Union<br>Line from Schedule A/B: 17.6 | $15.00 | ■    $15.00<br>☐    100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |
| Savings: Account Ending: 6306,<br>Location: Tri Counties Bank<br>Line from Schedule A/B: 17.7 | $500.00 | ■    $500.00<br>☐    100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |
| Savings: Business Account,<br>Account Ending: 7098,<br>Location: Tri Counties Bank<br>Line from Schedule A/B: 17.8 | $30.00 | ■    $30.00<br>☐    100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |
| Brokerage Account Ending 2096,<br>Location: Scottrade<br>Line from Schedule A/B: 18.1 | $18.98 | ■    $18.98<br>☐    100% of fair market value, up to any applicable statutory limit | C.C.P. § 706.050 |
| IRA: Account Ending: 0428,<br>Location: Scottrade<br>Line from Schedule A/B: 21.1 | $0.00 | ■    $0.00<br>☐    100% of fair market value, up to any applicable statutory limit | C.C.P. §§ 704.115(a)(3), (b), (e) |
| Homeowner Tax and Insurance Escrow:<br>Account Ending: 9334,<br>LoanDepot.com, LLC<br>Line from Schedule A/B: 22.1 | $1,772.31 | ■    $1,772.31<br>☐    100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.210 |
| Universal/Whole Life Insurance,<br>Location: Farmers New World Life Insurance Company<br>Line from Schedule A/B: 31.1 | $2,767.88 | ■    $2,767.88<br>☐    100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.100 |
| Term Life Insurance,<br>Location: Minnesota Life<br>Line from Schedule A/B: 31.2 | $0.00 | ■    $0.00<br>☐    100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.100 |
| Location: Chesapeake Life,<br>Policy Number: 08575614653<br>Line from Schedule A/B: 31.3 | $0.00 | ■    $0.00<br>☐    100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.100 |

Debtor 1　　Andrew James Anderson
Debtor 2　　Kimberly Dawn Anderson　　　　　　　　　　　　　　　　Case number (if known)

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
   　　☐ No
   　　☐ Yes

Exhibit "B"

| | EJ-001 |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):* After recording, return to: <br> KELLY SMITH  SBN: 276830 <br> WAGGOMAN & SMITH, A PROFESSIONAL LAW <br> 1215 PLUMAS STREET, SUITE 1800 <br> YUBA CITY, CA 95991 <br> TEL NO.: (530) 743-3036   FAX NO. (optional): 530) 743-3036 <br> E-MAIL ADDRESS *(Optional):* <br> [X] ATTORNEY FOR  [X] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD | |

```
2016-001617
02/11/2016  03:02 PM Page 1 of 2
Total Fee: $24.00
Recorded in Official Records
County of Yuba State of CA
Terry A. Hansen
County Clerk and Recorder
```

SUPERIOR COURT OF CALIFORNIA, COUNTY OF YUBA <br>
STREET ADDRESS: 215 Fifth Street, Suite 200 <br>
MAILING ADDRESS: 215 Fifth Street, Suite 200 <br>
CITY AND ZIP CODE: Marysville, 95901 <br>
BRANCH NAME: Main Courthouse

INVOLUNTARY LIEN <br>
NOTICE SENT <br>
G C 27297.5

FOR RECORDER'S USE ONLY

PLAINTIFF: Sierra Central Credit Union <br>
DEFENDANT: Andrew J. Anderson

| ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS [ ] Amended | CASE NUMBER: CVG15-0237 |
|---|---|
| | FOR COURT USE ONLY |

1. The [X] judgment creditor  [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      
      ANDREW J. ANDERSON <br>
      629 JACOBS STREET <br>
      MARYSVILLE, CA 95901

   b. Driver's license no. [last 4 digits] and state: 7995  [ ] Unknown
   c. Social security no. [last 4 digits]: 3585  [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):* <br>
      ANDREW J. ANDERSON, 629 JACOBS STREET, MARYSVILLE, CA 95901

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):* <br>
   SIERRA CENTRAL CREDIT UNION <br>
   1351 HARTER PARKWAY <br>
   YUBA CITY, CA 95993

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: 1-22-16 <br>
KELLY SMITH <br>
(TYPE OR PRINT NAME)

▶ *(signature)* <br>
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $ 4,850.59
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* JAN 2 7 2016
   b. Renewal entered on *(date):*
9. [ ] This judgment is an installment judgment.

10. [ ] An  [ ] execution lien  [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

[SEAL — Yuba County Superior Court]

This abstract issued on *(date):* <br>
JAN 2 7 2016

H. STEPHEN KON---- <br>
Clerk, by *(signature)*, Deputy

Form Adopted for Mandatory Use <br>
Judicial Council of California <br>
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2 <br>
Code of Civil Procedure, §§ 488.480, 674, 700.190 <br>
Westlaw Doc & Form Builder

| PLAINTIFF: Sierra Central Credit Union | COURT CASE NO.: |
|---|---|
| DEFENDANT: Andrew J. Anderson | CVG15-0237 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

   Driver's license no. [last 4 digits] and state: ☐ Unknown
   Social security no. [last 4 digits]: ☐ Unknown
   Summons was personally served at or mailed to *(address):*

17. Name and last known address

   Driver's license no. [last 4 digits] and state: ☐ Unknown
   Social security no. [last 4 digits]: ☐ Unknown
   Summons was personally served at or mailed to *(address):*

18. Name and last known address

   Driver's license no. [last 4 digits] and state: ☐ Unknown
   Social security no. [last 4 digits]: ☐ Unknown
   Summons was personally served at or mailed to *(address):*

19. Name and last known address

   Driver's license no. [last 4 digits] and state: ☐ Unknown
   Social security no. [last 4 digits]: ☐ Unknown
   Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.